Vincent Godwin  1/1637 RGS

## Account Activity Ledger

Date: 07/13/2004
Time: 14:32

From : 03/26/2004    To : 07/13/2004

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 105677 | Name GODWIN, VINCENT N | | | Block B11 | | Previous Balance | | 0.00 |
| Imported Entry | 03/26/2004 | 18:21 | B#59941 | D | | 0.00 | | 0.00 |
| Sales Transaction | 04/02/2004 | 08:50 | I#696696 | I | 0.00 | | | 0.00 |
| Sales Transaction | 04/05/2004 | 09:31 | I#696856 | I | 0.00 | | | 0.00 |
| Sales Transaction | 04/12/2004 | 11:25 | I#697719 | I | 0.00 | | | 0.00 |
| mary panzini | 04/15/2004 | 14:22 | B#60230 | D | | 20.00 | | 20.00 |
| ATTORNEY OFFICE | 04/17/2004 | 15:00 | B#60270 | D | | 20.00 | | 40.00 |
| Sales Transaction | 04/20/2004 | 09:40 | I#698580 | I | 38.79 | | | 1.21 |
| Sales Transaction | 04/26/2004 | 13:46 | I#699467 | I | 0.00 | | | 1.21 |
| Sales Transaction | 05/03/2004 | 10:03 | I#700295 | I | 1.00 | | | 0.21 |
| godwin | 05/04/2004 | 14:48 | B#60516 | D | | 40.00 | | 40.21 |
| Sales Transaction | 05/06/2004 | 12:32 | I#701009 | I | 10.34 | | | 29.87 |
| Sales Transaction | 05/06/2004 | 12:35 | I#701010 | I | 27.95 | | | 1.92 |
| MAIL | 05/08/2004 | 21:44 | B#60587 | D | | 50.00 | | 51.92 |
| Sales Transaction | 05/10/2004 | 10:47 | I#701200 | I | 26.73 | | | 25.19 |
| Sales Transaction | 05/17/2004 | 09:26 | I#702031 | I | 24.33 | | | 0.86 |
| Sales Transaction | 05/24/2004 | 09:57 | I#702933 | I | 0.00 | | | 0.86 |
| Sales Transaction | 06/01/2004 | 09:51 | I#703824 | I | 0.00 | | | 0.86 |
| ERNEST GODWIN | 06/04/2004 | 14:25 | B#60983 | D | | 20.00 | | 20.86 |
| Sales Transaction | 06/07/2004 | 09:27 | I#704663 | I | 20.78 | | | 0.08 |
| Sales Transaction | 06/14/2004 | 09:33 | I#705549 | I | 0.00 | | | 0.08 |
| Sales Transaction | 06/21/2004 | 10:07 | I#706432 | I | 0.00 | | | 0.08 |
| Sales Transaction | 06/28/2004 | 09:46 | I#707324 | I | 0.00 | | | 0.08 |
| ernest godwin | 07/01/2004 | 14:04 | B#61440 | D | | 20.00 | | 20.08 |
| GOODWIN | 07/01/2004 | 17:37 | B#61446 | D | | 40.00 | | 60.08 |
| Sales Transaction | 07/06/2004 | 09:17 | I#708176 | I | 34.50 | | | 25.58 |
| Sales Transaction | 07/06/2004 | 09:17 | I#708177 | I | 16.82 | | | 8.76 |
| Sales Transaction | 07/12/2004 | 09:31 | I#709046 | I | 8.44 | | | 0.32 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 8 | For $ | 210.00 |
| **Withdraws** | 0 | For $ | 0.00 |
| **Invoices** | 19 | For $ | 209.68 |