UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Trotter
                    Petitioner,
                                                            CIVIL ACTION

            v.                                              NO.   04-40118-MLW

David L. Winn, Warden.

                    Respondent.

O R D E R

On June 15, 2004, petitioner John Trotter, filed a petition for a writ of habeas corpus under Section 2241. Petitioner failed to pay the filing fee or submit an application to proceed without prepayment of fees.

ACCORDINGLY, it is hereby ordered that:

(1) Petitioner is directed to either pay the $5 filing fee or submit an application to proceed without prepayment of fees within 42 days of receiving this order, or this action will be dismissed;

(2) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (a) David L. Winn, Warden, Federal Medical Center, Camp Devens, P.O. Box. 880, Ayer, MA 01432; and (b) the United States Attorney;  AND

(3) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.


August 21, 2004                          s/ Mark L. Wolf
Date                                     United States District Judge

(2241servINS.wpd - 09/00)                                    [2241serv.]