UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN TROTTER, | ) ) ) | Civil Action No. 04-40118-MLW |
| Petitioner, | ) ) |  |
| v. | ) ) |  |
| DAVID L. WINN, Warden, | ) ) |  |
| Respondent. | ) ) |  |

**NOTICE TO FILE EXHIBITS TO
MEMORANDUM OF LAW IN SUPPORT OF
RESPONDENT'S MOTION TO DISMISS**

Respondent hereby gives notice of filing of the following exhibits: 1) Declaration of Catherine Scannell (Exhibit 1); and (2) unpublished opinions (Exhibits 2 and 3), which are attached to the Memorandum of Law in Support of Respondent's Motion to Dismiss that was filed via paper and is on file with the clerk's office.

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                          By: /s/ Michael Sady
                                              Michael Sady
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              John Joseph Moakley U.S. Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA  02210
                                              617-748-3100

Dated: October 25, 2004

CERTIFICATE OF SERVICE

      This is to certify that I have this day served upon the person listed below a copy of the foregoing Memorandum of Law in Support of Respondent's Motion to Dismiss, and the accompanying Declaration of Stephanie Scannell, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

John Trotter
Reg No, 04234-015
FMC - Devens
P.O. Box 879
Ayer, MA 01432

This 25th day of October, 2004

                                       /s/ Michael Sady
                                       Michael Sady
                                       Assistant U.S. Attorney