```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOHN TROTTER,              )
     Petitioner,           )
                           )     C.A. No. 04-40118-MLW
          v.               )
                           )
WARDEN DAVID L. WINN,      )
     Respondent.           )
                                 ORDER
```

WOLF, D.J.                                         August 25, 2005

As respondent David L. Winn's Motion to Dismiss (Docket No. 6) is not opposed and, in any event, appears meritorious, it is hereby ALLOWED. Accordingly, John Trotter's Petitioner Writ of Mandamus and/or Habeas Corpus (Docket No. 1) is DISMISSED.

                                    /S/ MARK L. WOLF
                              UNITED STATES DISTRICT COURT